# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | 12-CR-658

United States of America,
 v.
David Tresch

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, David Tresch

| | |
|---|---|
| NAME (Type or print) | |
| Jeffrey B. Steinback | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Jeffrey B. Steinback | |
| FIRM | |
| | |
| STREET ADDRESS | |
| 53 W. Jackson Boulevard, Suite 1420 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02718189 | 847-624-9600 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐