## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 658 | **DATE** | 12/21/2012 |
| **CASE TITLE** | USA vs. David Tresch | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment pursuant to 18 USC § 3161(h) until 1/10/13 is granted. Enter Order. [X-T].

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|