UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 12 CR 658 |
| vs. | ) | |
| | ) | |
| DAVID TRESCH and | ) | Emergency Judge John W. Darrah |
| NICHOLAS DEMARS | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The UNITED STATES OF AMERICA, by GARY S. SHAPIRO, Acting United States Attorney for the Northern District of Illinois, hereby moves to unseal the Indictment in the above captioned case.

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By:     s/ Terra Reynolds
        Terra Reynolds
        Assistant U.S. Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-3148

DATED: January 11, 2013

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT**

was served pursuant to the district court's ECF system as to ECF filers on JANUARY 11, 2013.


 /s/ Terra Reynolds
TERRA REYNOLDS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-3148